R-M INDUSTRIES, INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 93–03–00184

(Dated June 14, 1994)

## JUDGMENT

RESTANI, *Judge:* This case having been submitted for decision and the Court, after deliberation, having rendered a decision therein; now, in conformity with that decision,

IT IS HEREBY ORDERED: hearing no objection, that the court affirms the results of the remand determination rendered in compliance with Slip Op. 94–49, issued herein.

---

[16] At oral argument, plaintiffs presented evidence that the type size required by T.D. 94–5 for country of origin marking was larger than most warning labels on products that pose health risks. *See* Pls.' Ex. 1.

[17] It seems unlikely that front panel marking itself would not be found acceptable. The decision in *Norcal I*, although vacated on jurisdictional grounds, *required* front panel marking. 15 CIT at 74, 758 F. Supp. at 741.